JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW V. GOMEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>      Defendants. | Case No. CV 23-7432-MWF(BFMx)<br><br>ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT |

The Court has reviewed the parties' Stipulation to Remand Case to State Court (the "Stipulation"). (Docket No. 9). For good cause shown, the Stipulation is GRANTED. This matter is REMANDED to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: September 25, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-